UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRAETORIAN INSURANCE COMPANY,

    Plaintiff,

    v.

MIN QIAO, et al.,

    Defendants.

_____/

No. C 10-5314 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motion to dismiss, which was previously set for March 9, 2011 at 9:00 a.m., has been CONTINUED to March 16, 2011 at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated:  February 25, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge