United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRAETORIAN INSURANCE CO.,

    Plaintiff,

    v.

MIN QIAO, et al.,

    Defendants.

_____/

No. C 10-5314 PJH

**ORDER DENYING MOTION TO DISMISS**

    Defendants' motions to dismiss the complaint came on for hearing before this court on March 16, 2011. Plaintiff Praetorian Insurance Company ("plaintiff"), appeared through its counsel, John P. Cotter. Defendants Min Qiao, Zhe Zhang, Chowyu Zhang, The Floor Store, Inc., and James L. Cline (collectively "defendants"), appeared through their counsel, Lor A. Sebransky. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES defendants' motion to dismiss, for the reasons stated at the hearing, and summarized as follows:

    Dismissal of plaintiff's complaint is inappropriate at this juncture, since: (1) there is an unsettled question of law as to whether all case law interpreting the prior PUC endorsement controls interpretation of the DMV 67 endorsement; (2) even assuming that prior case law interpreting the PUC endorsement controls interpretation of the DMV 67 endorsement, there is a paucity of authority interpreting certain aspects of the relevant policy language here (e.g., the meaning and/or continuing effect of a "mechanical device" exclusion as to coverage) vis-a-vis any applicable endorsement; and (3) plaintiff does not allege the specific facts surrounding the Floor Store and/or Cline's actual "use" of Singh's

truck preceding the underlying incident in question.

In light of the foregoing, defendants' arguments are not limited to addressing the legal viability of plaintiff's claims as a matter of law, but rather are targeted at determining the legal correctness of plaintiff's stated claims on the merits. As, such, defendants' arguments are appropriate for resolution at the summary judgment stage, not the dismissal stage.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge