UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY,<br>       Plaintiff, | No. C 10-5314 PJH |
| v. | **ORDER RE: ATTENDANCE** |
| MIN QIAO, et al.,<br>       Defendants.<br>_____/ | Date:              July 29, 2011<br>Neutral Evaluator:  Christopher Johns |
| AND RELATED COUNTERCLAIMS<br>_____/ | |

   Before the court is a request to excuse defendants/counter-claimants Min Qiao, Zhe Zhang, Chowyu Zhang, The Floor Store, Inc., and James L. Cline from participating in the ENE scheduled for July 29, 2011. For good cause shown, the request is GRANTED, provided that attorney James Larsen, of Gillin, Jacobson, Ellis & Larsen shall personally appear at the July 29, 2011, ENE as the personal representative for the defendants/counter-claimants.

   IT IS SO ORDERED.

June 23, 2011           By:    _Elizabeth D. Laporte_
Dated                                  Elizabeth D. Laporte
                                       United States Magistrate Judge