DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIN QIAO, ZHE ZHANG, CHOWYU ZHANG, THE FLOOR STORE, INC., JAMES L. CLINE and DOES 1 to 50,<br><br>　　　　Defendants. | CASE NO. 4:10-cv-05314-PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE:  EXTENSION OF EARLY NEUTRAL EVALUATION (ENE) DEADLINE |

On or about July 15, 2011, ENE Director Howard Herman advised the parties that the attorney Chris Johns, the appointed ENE neutral, will be in trial on July 29, 2011, the date set for the ENE session in this case.  The parties were informed that Mr. Johns would not be able to conduct the ENE session until sometime in September, 2011.

Due to Mr. John's experience in the area of insurance coverage law (this is an insurance coverage case), the parties wish to retain Mr. Johns as the ENE neutral on this case.  Accordingly, the parties agree to and request an approximate 60 day extension (to September 30, 2011) on the ENE deadline so that attorney Chris Johns may conduct the ENE session.

1

STIPULATION AND ORDER RE ENE DEADLINE                                               4:10-cv-05314-PJH

No previous extensions of the ENE deadline have been requested.  Additionally, ENE Director Howard Herman is in agreement with the proposed request.

So stipulated,

Date:  July 19, 2011                                    DIEPENBROCK & COTTER LLP

                                               /s/  John P. Cotter
                                    By:_____
                                            JOHN P. COTTER
                                            Attorneys for Plaintiff
                                            PRAETORIAN INSURANCE COMPANY

Date:  July 19, 2011                                    LOMBARDI, LOPER & CONANT LLP

                                               /s/ Lori A. Sebransky
                                    By:_____
                                            LORI A. SEBRANSKY
                                            Attorneys for Defendants
                                            MIN QIAO, ZHE ZHANG, CHOWYU
                                            ZHANG, THE FLOOR STORE, INC.,
                                            JAMES L. CLINE

## ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the ENE deadline in this case is extended to September 30, 2011.

Date: 7/20/11                                                   _____
                                                           PHYLISS J. HAMILTON
                                                           UNITED STATES DISTRICT COURT JUDGE
                                                           NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyliss J. Hamilton]*