UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRAETORIAN INSURANCE COMPANY,

        Plaintiff(s),                  No. C 10-5314 PJH

    v.                                    **ORDER OF DISMISSAL**

MIN QIAO, ZHE ZHANG, CHOWYU ZHANG INC., THE FLOOR STORE, INC., and JAMES CLINE

        Defendant(s).
_____/

AND RELATED COUNTERCLAIM
_____/

    The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause in its entirety, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute a stipulation of dismissal with prejudice within that sixty day period.

    IT IS SO ORDERED.

Dated:  March 30, 2012

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge